IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC DEAN MONSON,<br><br>              Plaintiff,<br><br>v.<br><br>UTAH STATE HOSPITAL et al.,<br><br>              Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:17-CV-211-CW<br><br>District Judge Clark Waddoups |

      Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not obeyed the Court's April 4, 2017, order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

      Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's case is DISMISSED without prejudice. This case is CLOSED.

      DATED this 17th day of July, 2017.

                                BY THE COURT:

                                JUDGE CLARK WADDOUPS
                                United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2017).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).